**IN RE D.C.**

[367 N.C. 489 (2014)]

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | From Chatham County |
| D.C. | ) | |
| | ) | |

No. 523P13

## ORDER

Petitioner's Petition for Discretionary Review is allowed for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *In re L.M.T.*, No. 40PA13 (20 December 2013).